UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACARIAS MARTE MORETA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MERRICK GARLAND, et al.,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-01404-TMC-BAT<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |

　　　Based on the agreement of the parties (Dkt. 12, 13), the Petition is DISMISSED and each party shall bear its own costs.

　　　Dated this 13th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　Tiffany M. Cartwright
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS - 1